**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-7604**

---

JERRY JENKINS,

             Petitioner - Appellant,

      v.

WARDEN FCI EDGEFIELD,

             Respondent - Appellee,

      and

UNITED STATES OF AMERICA,

             Respondent.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.   Bruce H. Hendricks, District Judge.  (5:14-cv-03687-BHH)

---

Submitted:  March 23, 2016            Decided:  April 8, 2016

---

Before SHEDD, AGEE, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerry Jenkins, Appellant Pro Se.   Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Jenkins, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Jenkins v. Warden FCI Edgefield, No. 5:14-cv-03687-BHH (D.S.C. Sept. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED